AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Brown, Joe B. | **2. Court or Organization**<br><br>Middle District TN | **3. Date of Report**<br><br>08/24/2015 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge (Recall Full)

**5a. Report Type** (check appropriate type)

☐ Nomination     Date
☐ Initial    ☑ Annual    ☐ Final

**5b.** ☑ Amended Report

**6. Reporting Period**

01/01/2014
to
12/31/2014

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee . Assets listed Part VII line 162 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. | Lecturer in Criminal Law | Nashville School of Law |
| 3. | Adjunct Professor of Law | Vanderbilt University School of Law |
| 4. | Custodian Assets listed Part VII line 89 | Uniform Gift to Minors, ▓▓▓▓ |
| 5. | Custodian Assets listed Part VII line 89 | Education trust for ▓▓▓▓ |
| 6. | Custodian Assets listed Part VII line 89 | Education Trust for ▓▓▓▓ |
| 7. | Custodian Assets listed Part VII line 89 | Education trust ▓▓▓▓ |
| 8. | Custodian Assets listed Part VII line 89 | Education trust for ▓▓▓▓ |
| 9. | Custodian Assets listed Part VII line 89 | Education trust for ▓▓▓▓ |
| 10. | Custodian Assets listed Part VII line 89 | Education trust for ▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. None taught 2014 |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

2. 4/5/06         Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation as scheduled. None taught 1014

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | Income from Flight and Scuba Instruction | $0.00 |
| 2. 2014 | Teaching Position Nashville School of Law | $0.00 |
| 3. 2014 | Teaching Posituion Vanderbilt School of Law | $0.00 |
| 4. 2014 | Tobacco buy out Settletment fund UDSA | $2,181.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Geroge Mason Economics and Law Center | 4/28/2014 to 4/29/2014 | Charlestown, SC | Seminar on Public and Private Pensions | Travel and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 2. Adobe Systems (ADBE) | A | Dividend | J | T | | | | | |
| 3. Amazon (AMZN) | A | Dividend | J | T | | | | | |
| 4. American Beacon (ABEYX) | A | Dividend | K | T | Sold (part) | 03/12/14 | J | A | |
| 5. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 6. American Century Small Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 7. American Express Stock (AXP) | A | Dividend | K | T | | | | | |
| 8. American International Group Inc (AIG) | A | Dividend | J | T | | | | | |
| 9. Ameriprise Finl Inc (AMP) | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 10. Anadarko Pete Corp (APC) | A | Dividend | J | T | | | | | |
| 11. Apple (AAPL) | A | Dividend | K | T | | | | | |
| 12. Aplied Materials (AMAT) | A | Dividend | J | T | Buy | 02/20/14 | J | | |
| 13. Baird Core Plus Bond institutional (BCOIX) ( | A | Interest | J | T | Buy | 10/27/14 | J | | |
| 14. Bank Of America (BAC) | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 15. BB&T Corp (BBT) | A | Dividend | J | T | | | | | |
| 16. Bed Bath & Beyond (BBBY) (X) | A | Dividend | J | T | | | | | |
| 17. Blackrock Util and Telecom (MDGUX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Co (BA) | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 19. Broadcom Corp (BRCM) | A | Dividend | J | T | | | | | |
| 20. Canadial Picific Railray LTD (CP) | A | Dividend | J | T | | | | | |
| 21. Capital One Financial (COF) | A | Dividend | J | T | | | | | |
| 22. Capital World Gr & Iinc Fund (CWGIX) | B | Dividend | K | T | | | | | |
| 23. Cardinal Health Inc (CAH) | A | Dividend | J | T | | | | | |
| 24. Caterpillar (CAT) | A | Dividend | J | T | | | | | |
| 25. Carvinal Corp (CCL) | A | Dividend | J | T | | | | | |
| 26. Chevron (CVX) | A | Dividend | J | T | | | | | |
| 27. Cisco Sys Inc (CSCO) | A | Dividend | J | T | | | | | |
| 28. CIT Group (CIT) | A | Dividend | J | T | | | | | |
| 29. CITIGROUP (C) | A | Dividend | J | T | | | | | |
| 30. Citrix Sys inc (CTSX) | A | Dividend | J | T | | | | | |
| 31. CMS Energy (CMS) | A | Dividend | J | T | | | | | |
| 32. Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 33. CVS/Caremark (CVS) | A | Dividend | J | T | | | | | |
| 34. Danaher (DHR) | A | Dividend | | | Sold | 04/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Delaware Value Instl (DDVIX) | B | Dividend | K | T | | | | | |
| 36. Deplhi Automotive (DLPH) | A | Dividend | J | T | Buy | 12/12/14 | J | | |
| 37. Disney Walt (DIS) | A | Dividend | J | T | | | | | |
| 38. Eaaton Corp PLC (ETN) | A | Dividend | J | T | | | | | |
| 39. Enegizer Hlodings (ENG) | A | Dividend | J | T | | | | | |
| 40. Expres Scripts (ESRX) | A | Dividend | | | Sold | 07/07/14 | J | A | |
| 41. First Eagle Overseas (SGIOX) | A | Dividend | J | T | | | | | |
| 42. Franklin TN School Dist Bonds | A | Interest | J | T | | | | | |
| 43. General Electric (GE) | A | Dividend | J | T | | | | | |
| 44. Gilead Scientific Inc (GILD) | A | Dividend | J | T | | | | | |
| 45. Google Class A ((GOOGL) (X) | A | Dividend | J | T | | | | | |
| 46. Google Class C (GOOG) | A | Dividend | J | T | | | | | |
| 47. Halliburton (HAL) | A | Dividend | J | T | | | | | |
| 48. Harding Loevner Intl Equity (HMLIX) | A | Dividend | K | T | | | | | |
| 49. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | |
| 50. Heartland Value Plus (HNVIX) | A | Dividend | K | T | Buy (add'l) | 03/13/14 | J | | |
| 51. Home Depot (HD) | A | Dividend | J | T | Buy | 04/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hotckins & Wiley FDS (HWSIX) | A | Dividend | J | T | | | | | |
| 53. Hewlett Packard Inc (HPQ) | A | Dividend | | | Sold | 02/27/14 | J | | All sold loss |
| 54. Hyatt Hotels Corp (H) (X) | A | Dividend | | | | | | | |
| 55. ING Intermediate Bond Fund (IIBWX) | A | Dividend | J | T | | | | | Left off by error |
| 56. Intel Stock (INTC) | B | Dividend | K | T | | | | | |
| 57. International Business Machine (IBM) | A | Dividend | J | T | | | | | |
| 58. Intercontential Exchange (ICE) | A | Dividend | J | T | | | | | |
| 59. International Paper Co (IP) | A | Dividend | J | T | | | | | |
| 60. IsharesNational Amt Free Muni (MUB) | A | Dividend | J | T | Sold (part) | 01/10/14 | J | | Sold at loss Name change |
| 61. Ishares MSCI EAFE IDX (EFA) | A | Dividend | J | T | | | | | |
| 62. Ishares Russell 1000 Value (IWD) | A | Dividend | J | T | Sold (part) | 04/28/14 | J | B | |
| 63. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 64. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 65. Ishares Russell 2000 (IWN) | A | Dividend | J | T | Sold (part) | 03/12/14 | J | A | |
| 66. Johnson Controls (JCI) | A | Dividend | J | T | Buy | 08/04/14 | J | | |
| 67. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 68. JPMORGAN (JPM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Juniper Networks (JNPR) | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 70. Keycorp new (KEY) | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 71. Kohks Corp (KSS) | A | Dividend | J | T | | | | | |
| 72. Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | Sold<br>(part) | 03/12/14 | J | A | |
| 73. Lazard Intl Strategic Equity Portfolio<br>(LISIX) | A | Dividend | K | T | | | | | |
| 74. LKCM Small-Mid Cap Equity (LKSMX) | A | Dividend | K | T | | | | | |
| 75. Marathon Oil Corp (MRO) | A | Dividend | J | T | | | | | |
| 76. Merck & Company (MRK) | A | Dividend | J | T | | | | | |
| 77. Metlife (MET) | A | Dividend | J | T | | | | | |
| 78. MFS Growth Fund (MFEIX) | A | Dividend | K | T | Sold<br>(part) | 03/17/14 | J | | |
| 79. Microsoft Stock (MSFT) | B | Dividend | K | T | | | | | |
| 80. Monsanto (MON) | A | Dividend | J | T | | | | | |
| 81. Morgan Stanley (MS) | A | Dividend | J | T | | | | | |
| 82. Morgan Stanley Mutual Fund (VADBX)<br>(Retirement account) | A | Dividend | J | T | | | | | |
| 83. Nashville School of Law IRA Unit FT GBL<br>Div LDR | A | Dividend | J | T | | | | | |
| 84. Nashville School of Law IRA Van Kamplen<br>EAFE Select 20 (Y) | | | | | | | | | |
| 85. Nashville School of Law IRA Unit<br>investment Trust | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NCR Corp (NCR | A | Dividend | | | Buy | 08/25/14 | J | | |
| 87. | | | | | Sold | 12/03/14 | J | | All Sold at loss |
| 88. NXP Semiconductor (NXPI) | A | Dividend | J | T | | | | | |
| 89. Occidental Pete Co (OXY) | A | Dividend | J | T | | | | | |
| 90. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL | C | Dividend | N | T | | | | | |
| 91. Omnicom Group (OMC) | A | Dividend | J | T | Buy | 04/26/14 | J | | |
| 92. Parker Hannifin (PH) | A | Dividend | J | T | Buy | 04/04/14 | J | | |
| 93. Pepisco Inc (PEP) | A | Dividend | J | T | | | | | |
| 94. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 95. Phillip Morris (PN) | A | Dividend | J | T | | | | | |
| 96. PIMCO Commodities Plus Strategies Fund (PCLIX) | A | Dividend | J | T | Buy | 07/17/14 | J | | |
| 97. PIMCO Total Return (PTTRX) | A | Dividend | J | T | | | | | |
| 98. Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 99. RIO Tinto PLC (RIO) | A | Dividend | J | T | | | | | |
| 100. Royal Caribbean Cruises (RCL) (Y) | | | | | | | | | |
| 101. Rydex ETF S&P 500 Equal Weight (RSP) | A | Dividend | J | T | | | | | |
| 102. Rydex S&P Pure Gr Mid Cap ETF (RFG) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rydex S&P Small Cap ETF (RZG) | A | Dividend | J | T | | | | | |
| 104. Sandisk Corp (SNDK) | A | Dividend | J | T | | | | | |
| 105. Schlumberger Limited (SLB) | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 106. Schroder Emerging Markets (SEMNX) | A | Dividend | J | T | | | | | |
| 107. Signet Jewlers LTD (SIG) | A | Dividend | J | T | | | | | |
| 108. Spirit Aerosystems Hldgs Inc (SPR) | A | Dividend | J | T | | | | | |
| 109. SPDR Barcklays Municipal Bond ETF (TFI) (X) | A | Dividend | J | T | Buy (add'l) | 03/17/14 | J | | |
| 110. SPDR Gold Trust (GLD) | A | Dividend | | | Sold | 03/12/14 | J | | All sold loss |
| 111. SPDR Series Trust Nuva (TFI) | A | Interest | J | T | Buy | 04/26/14 | J | | |
| 112. Sysco Corp (SYY) | A | Dividend | J | T | | | | | |
| 113. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 114. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 115. Tractor Supply (TSCO) | A | Dividend | K | T | | | | | |
| 116. Transocean LTD (RIG) | | None | | | Sold | 03/04/14 | J | | All sold at loss |
| 117. TRW Automative Holdings Corp (TRW) | A | Dividend | J | T | | | | | |
| 118. United Health Group Inc (UTX) | A | Dividend | | | Sold | 02/13/14 | J | | All sold loss |
| 119. United Parcel Service (UPS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  United Techonologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 121.  USAA Agressive Grwth Fund (UIAGX) | A | Dividend | J | T | | | | | |
| 122.  USAA Emerging Markets (UIEMX) | A | Dividend | K | T | Buy (add'l) | 01/24/14 | J | | |
| 123. | | | | | Sold (part) | 05/15/14 | J | A | |
| 124.  USAA High Income Fund (UIHIX) | A | Dividend | J | T | | | | | |
| 125.  USAA Income Fund Institutional Shares (UIINX) | A | Int./Div. | J | T | | | | | |
| 126.  USAA Managed Allocation (UMAFX) | A | Int./Div. | K | T | Buy (add'l) | 03/14/14 | J | | |
| 127.  USAA Money Market USAXX (X) | A | Interest | J | T | Buy | 10/24/14 | J | | |
| 128. | | | | | Sold (part) | 10/27/14 | J | | part sold no gain |
| 129.  USAA Precious Metals & Minersls Funds (UIPMX) | A | Int./Div. | J | T | Sold (part) | 03/12/14 | J | | Solld at loss |
| 130. | | | | | Sold (part) | 07/17/14 | J | | Sold at loss |
| 131. | | | | | Sold (part) | 03/17/14 | J | | Sold at loss |
| 132.  USAA Real Return UIRRX) | A | Int./Div. | J | T | | | | | |
| 133.  USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | | | | | |
| 134.  USAA S&P Index (USPRX) | A | Dividend | J | T | | | | | |
| 135.  USAA Tax Exempt Intermediate (USATX) Term(USATX) | A | Int./Div. | M | T | Buy (add'l) | 03/12/14 | L | | |
| 136.  USAA Tax Exempt Long Term (USTEX) | A | Int./Div. | K | T | Sold (part) | 03/12/14 | K | | Sold at loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | K | T | Sold (part) | 03/12/14 | J | | Sold at loss |
| 138.  USAA Tax-Exempt Market (USEXX) (X) | A | Int./Div. | K | T | Buy (add'l) | 12/01/14 | J | | |
| 139. | | | | | Buy (add'l) | 12/04/14 | J | | |
| 140. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 141. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 142. | | | | | Sold (part) | 12/19/14 | J | | No gain |
| 143.  USAA Bank Checking Accounts 1408, 6058 | A | Int./Div. | K | T | | | | | |
| 144.  Vanguard FTSE Europe ETF (VGK) | A | Int./Div. | J | T | Buy | 05/01/14 | J | | |
| 145.  Vanguard MSCI Emerging Markets ETF (VWO) | A | Int./Div. | K | T | | | | | |
| 146.  Verizon Communicaations (VZ) | A | Dividend | J | T | Buy | 03/05/14 | J | | |
| 147.  Virtus Quality Small Cap (PXQSX) | A | Dividend | J | T | | | | | |
| 148.  Visa (V) | A | Dividend | J | T | | | | | |
| 149.  VOYA Intermediate Bonds Class W (IIWBX) | A | Interest | J | T | Buy | 01/13/14 | J | | Value now over $1000 |
| 150.  Vodaphone Group PLC (VOD) | A | Dividend | | | Sold | 03/13/14 | J | | All sold at loss |
| 151.  Wal Mart Stock (WMT) | B | Dividend | M | T | Donated (part) | | | | |
| 152.  Wells Fargo Stock (WFC) | A | Dividend | K | T | | | | | |
| 153.  Wells Fargo CMA, Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wells Fargo Sweep Accounts IRA and 60 and 57 Accounts | A | Interest | J | T | | | | | |
| 155. Yahoo Inc (YHOO) | A | Dividend | J | T | | | | | |
| 156. Wisdomtree EMG Markets SMCAP (DGS) | A | Dividend | J | T | Buy (add'l) | 03/17/14 | J | | |
| 157. | | | | | Sold (part) | 12/16/14 | J | A | |
| 158. | | | | | Sold (part) | 12/23/14 | J | | Sold at loss |
| 159. 1/2 Interest Knox Brown Farms, Taylorsville, KY | A | Rent | N | W | | | | | |
| 160. 1/2 Interest Knox Brown Farms, Laporte, IN | E | Rent | P1 | W | | | | | |
| 161. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | |
| 162. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | |
| 163. Peoples Bank Taylorsville Sav Act ▮ Cemetary Trust) | A | Interest | J | T | | | | | |
| 164. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 08/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII
Cemetary trust assets  listed   line 162.
Line 45 Value increaqsed to  require reporting
Line 55 Left off first report by mistake.
Line 138 Value increased to require reporting.
Line
line 89.This includes all funds for ▆▆▆▆▆▆▆ as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe B. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544